# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D23-947
Lower Tribunal No. 2017CA-004111-0000-00

_____

DEBRA J. SUTTON, P.A., d/b/a SUTTON LAW FIRM,

Appellant,

v.

JANET MADAFFER and KENT GOLDY,

Appellees.

_____

Appeal from the Circuit Court for Polk County.
James A. Yancey, Judge.

April 23, 2024

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and WHITE and GANNAM, JJ., concur.


Debra J. Sutton and Matthew J. Kovschak, of Sutton Law Firm, Bartow, for Appellant.

Nicole Deese Newlon, of Johnson, Newlon & DeCort, P.A., Tampa, and J. Derek Kantaskas, of Kantaskas Law, P.A., Tampa, for Appellee, Kent Goldy.

No Appearance for Appellee, Janet Madaffer.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED